A09A0839. PURVIS v. THE STATE.
(720 SE2d 377)

BARNES, Presiding Judge.

In *Purvis v. State*, 288 Ga. 865 (708 SE2d 283) (2011), the Supreme Court of Georgia reversed the judgment of this Court in *Purvis v. State*, 301 Ga. App. 648 (689 SE2d 53) (2009). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Miller, P. J., and Andrews, J., concur.*

DECIDED NOVEMBER 30, 2011.

*John G. Edwards*, for appellant.
*Catherine H. Helms, District Attorney, Albert H. Tester, Assistant District Attorney*, for appellee.